Argued and submitted December 12, 1980, reversed January 26, 1981

In the Matter of Manley Merle Johnson,
alleged to be a mentally retarded person.

STATE OF OREGON,
*Respondent,*

*v.*

MANLEY MERLE JOHNSON,
*Appellant.*

(No. 3846, CA 18217)

622 P2d 336

Steve Brischetto, Portland, argued the cause for appellant. With him on the brief was Oregon Development Disabilities Advocacy Center, Portland.

Virginia L. Linder, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were James M. Brown, Attorney General, John R. McCulloch, Solicitor General, and William F. Gary, Deputy Solicitor General, Salem.

Before Joseph, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM

## PER CURIAM

The state concedes that the record is inadequate to demonstrate that defendant was given proper notice of the allegations against him and that, therefore, the order should be reversed. The state suggests the case should be remanded for further proceedings, but we see no purpose to be served by doing that.

Reversed.